UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 14-1043**

─────────

TIMOTHY LIMBERGER; LISA LIMBERGER,

        Plaintiffs - Appellees,

    v.

MICHAEL T. CLEARY,

        Defendant – Appellant,

    and

MONIQUE D. ALMY,

        Trustee.

─────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, Senior District Judge. (1:13-cv-01047-WMN)

─────────

Submitted: October 31, 2014      Decided: November 10, 2014

─────────

Before DUNCAN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Jeffrey M. Kotz, KOTZ LAW GROUP, Towson, Maryland, for Appellant. Stanford G. Gann, Jr., Mark Alderman, LEVIN & GANN, P.A., Towson, Maryland, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Cleary appeals from the district court's order upholding the bankruptcy court's orders reopening the adversary proceeding to allow additional evidence and determining that two debts that Cleary owed to Timothy and Lisa Limberger were non-dischargeable in Cleary's bankruptcy proceeding. We have reviewed the record and the briefs filed on appeal, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Limberger v. Cleary, No. 1:13-cv-01047-WMN (D. Md. Dec. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3